1  **JOSEPH M. McMULLEN**
   California State Bar No. 246757
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Email: Joseph_McMullen@fd.org

5
   Attorneys for Patrick Moll
6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                            **(HONORABLE JAN M. ADLER)**

11  UNITED STATES OF AMERICA,         )  Case No. 07MJ2689
                                      )
12         Plaintiff,                 )
                                      )  **NOTICE OF ATTORNEY APPEARANCE**
13  v.                                )
                                      )
14  PATRICK MOLL,                     )
                                      )
15         Defendant.                 )
                                      )
16  _____    )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California,

18  Vincent J. Brunkow and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19  counsel in the above-captioned case.

20                                         Respectfully submitted,

21

22  Dated: November 21, 2007              ___/s/ Joseph M. McMullen_____
                                          **JOSEPH M. MCMULLEN**
23                                        Federal Defenders of San Diego, Inc.

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED: November 21, 2007          /s/ Joseph M. McMullen
                                  **JOSEPH M. MCMULLEN**
                                  Federal Defenders of San Diego, Inc.