UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07 CR 3381 LAB |
| ) | |
| Plaintiff, ) | ORDER TO EXONERATE THE |
| ) | APPEARANCE BOND FOR THE |
| vs. ) | MATERIAL WITNESS: |
| ) | |
| PATTERSON MOLARD T/N aka Patrick ) | MARICELA QUIROZ ESPINAL |
| Moll, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

**GOOD CAUSE APPEARING** it is hereby ordered that the $500.00 cash deposit for the material witness bond on behalf of the material witness MARICELA QUIROZ ESPINAL be returned to the surety listed in the bonding documents, to wit: Leobardo Cantoran, 2410 Park Drive, Santa Ana, CA 92707.

**Dated:** January    14  , 2008

_____
The Honorable Jan M. Adler
United States Magistrate Judge

1                                                                      07 CR 3381 LAB